**May 31, 2013**
Brayboy v. Novia, 3:11-cv-1681 (RNC)
Re: Motion for Summary Judgment [ECF No. 25]

Pending before the Court is plaintiff's Motion for Summary Judgment.  Under Local Rule of Civil Procedure 56(a)(1):

> There shall be annexed to a motion for summary judgment a document entitled "Local Rule 56(a)1 Statement," which sets forth in separately numbered paragraphs meeting the requirements of Local Rule 56(a)3 a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried.

Local Rule 56(a)(3) specifies:

> Each statement of material fact by a movant in a Local Rule 56(a)(1) Statement . . . must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial.

In this case, plaintiff has not provided the Court with a Local Rule 56(a)(1) Statement, nor has he provided citations to any of the facts he sets out in his memorandum of law. Accordingly, the plaintiff's motion is hereby denied without prejudice for failure to comply with Local Rule 56(a)(1). See Carter v. Reiner, Reiner & Bendett, P.C., CIV. 3:06CV00988AWT, 2007 WL 2221432, at *2 (D. Conn. July 30, 2007) (denying motion for summary judgment for failure to comply with the Local Rule 56).

No further motion for summary judgment may be filed by either party without the permission of the court following a prefiling conference.

So ordered.

                                              /s/ RNC
                                      Robert N. Chatigny
                                          U.S.D.J.